# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| MARK BETTENCOURT, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>JEANNE D'ARC CREDIT UNION and DOES 1 through 100,<br><br>        Defendants. | **Case No.:  1:17-cv-12548-NMG** |

## PARTIES' JOINT NOTICE OF SETTLEMENT

Plaintiff Mark Bettencourt and Defendant Jeanne D'Arc Credit Union (collectively, the "Parties") have reached a settlement in this case subject to final documentation, class notice and other class action settlement proceedings.  Accordingly, the Parties request that the Court vacate all upcoming hearing dates and deadlines currently scheduled in this matter.  A formal settlement agreement will be circulated between the Parties for review and approval.  Once all of the appropriate signatures have been obtained, a motion for preliminary approval of the settlement will be filed with the Court.  The Parties anticipate filing such motion on or before January 10, 2020.

Dated this 4th day of December, 2019.

Respectfully submitted,

McCUNE WRIGHT AREVALO, LLP

By: _Richard D. McCune_____

    Richard D. McCune, *pro hac vice*
    3281 East Guasti Road, Suite 100
    Ontario, CA 91761
    Telephone: (909) 557-1250
    E-mail: rdm@mccunewright.com

    Attorneys for Plaintiff,
    Mark Bettencourt and the Putative Class

KATTEN MUCHIN ROSENMAN LLP

By: _/s/ Stuart M. Richter_____

    Stuart M. Richter, *pro hac vice*
    2029 Century Park East, Suite 2600
    Los Angeles, CA 90067-3012
    Telephone:  310.788.4400
    Email:  stuart.richter@kattenlaw.com

    Attorneys for Defendant,
    Jeanne D'Arc Credit Union

## <u>CERTIFICATE OF SERVICE</u>

I certify that on December 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in the above-referenced matter.

*/s/ Richard D. McCune*
Richard D. McCune